**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BENNETT ENGINEERING GROUP,
INC., and LAWRENCE E. BENNETT,

    Plaintiffs,

v.                                    Case No. 8:11-cv-493-T-30MAP

ASHE INDUSTRIES, INC., et al.,

    Defendants.
_____

**ORDER OF DISMISSAL**

The Court has been advised by Mediator Peter Grilli that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on March 12, 2012.

                                              JAMES S. MOODY, JR.
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-493.dismissal.wpd